STATE of Missouri,
Plaintiff/Respondent,

v.

Margaret MORTLAND,
Defendant/Appellant.

No. 60289.

Missouri Court of Appeals,
Eastern District,
Division One.

May 26, 1992.

James M. Martin, Keith Gordon Liberman, St. Louis, for defendant, appellant.

Kathi Alizadeh, Asst. Pros. Atty., St. Louis, for plaintiff, respondent.

## ORDER

PER CURIAM.

Defendant appeals from her conviction by the court for harassment in violation of § 565.090.1(3) RSMo 1986. She was sentenced to 30 days imprisonment, execution of sentence was suspended and she was placed on two years probation. We affirm.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).

Gregory GARDNER,
Claimant/Respondent,

v.

BUSHNELL CARPET, INC.,
Employer/Appellant.

No. 61268.

Missouri Court of Appeals,
Eastern District,
Division One.

May 26, 1992.

John F. Sander, Riethmann Soebbing and Valentine, St. Louis, for employer, appellant.

Robert R. Schwarz, Clayton, for claimant, respondent.

## ORDER

PER CURIAM.

Employer appeals from an order of the Labor and Industrial Relations Commission allowing compensation and affirming the award of the Administrative Law Judge against the employer. We affirm. The findings and conclusions of the Commission are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).